

Law Offices of
# Leo B. Dubler, III
A Limited Liability Company
20000 Horizon Way
Suite 300
Mount Laurel, New Jersey 08054

Leo B. Dubler, III
(Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney)

Telephone: 856-235-7075
Fax: 856-439-6931
Email: LDubler@Dublerlaw.com

August 14, 2020

***VIA ELECTRONIC FILING***

The Honorable Noel L. Hillman
**United States District Court**
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

  Re: <u>**Jennifer Cantoni v. Cumberland County, et al.**</u>
     **Civil Action No.: 1:17-cv-07893-NLH-AMD**

Dear Judge Hillman:

  I represent the Plaintiff Jennifer Cantoni in the above referenced matter. Defendant John Berry has filed a Motion for Summary Judgment which is currently returnable before Your Honor on September 8, 2020. This motion has not been previously adjourned.

  Plaintiff wishes to invoke her right under Rule 7.1 (d) (5) to an automatic continuance of the motion to the next available motion day on September 21, 2020.

  Thank you for your most kind consideration of this matter.

                 Respectfully submitted,

                 Leo B. Dubler, III

LBDIII/vec
cc: All Counsel (Via E-Filing)